1   LAURIE A. TRAKTMAN (SBN 165588)
    **GILBERT & SACKMAN**
2   A Law Corporation
    3699 Wilshire Boulevard, Suite 1200
3   Los Angeles, California 90010
    Telephone: (323) 938-3000
4   Facsimile: (323) 937-9139
    Email: lat@gslaw.org
5
    Attorneys for Plaintiffs
6

E-FILED 01/07/13

JS-6

7                   UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9   BOARD OF TRUSTEES OF THE              Case No. 12-cv-9085-PSG (AGRx)
    SHEET METAL WORKERS' PENSION
10  PLAN OF SOUTHERN CALIFORNIA,
    ARIZONA AND NEVADA; BOARD OF          Hon. Philip S. Guiterrez
11  TRUSTEES OF THE  SHEET METAL
    WORKERS' HEALTH PLAN OF
12  SOUTHERN CALIFORNIA, ARIZONA          [PROPOSED] ORDER ON
    AND NEVADA; BOARD OF                  STIPULATION FOR JUDGMENT
13  TRUSTEES OF THE SOUTHERN
    CALIFORNIA SHEET METAL JOINT
14  APPRENTICESHIP AND TRAINING
    COMMITTEE; BOARD OF TRUSTEES
15  OF THE SHEET METAL WORKERS'
    LOCAL 105 RETIREE HEALTH PLAN;
16  BOARD OF TRUSTEES OF THE
    SOUTHERN CALIFORNIA SHEET
17  METAL WORKERS' 401(A) PLAN;
    SHEET METAL WORKERS'
18  INTERNATIONAL ASSOCIATION,
    LOCAL UNION NO. 105 UNION DUES
19  CHECK-OFF AND DEFERRED
    SAVINGS FUND; BOARD OF
20  TRUSTEES OF THE SOUTHERN
    CALIFORNIA LABOR MANAGEMENT
21  COOPERATION TRUST; BOARD OF
    TRUSTEES OF THE SHEET METAL
22  INDUSTRY FUND OF LOS ANGELES,

23       Plaintiffs,

24            v.

25  MCCLANAHAN, INC. DBA
    HARTMANAIRE; JERRY
26  MCCLANAHAN; and CINDY
    MCCLANAHAN, individuals,

27       Defendants.

28

1    Pursuant to the Stipulation by and between Plaintiffs, Board of Trustees of the

2    Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada

3    ("Pension Plan"); Board of Trustees of the  Sheet Metal Workers' Health Plan of

4    Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the

5    Southern California Sheet Metal Joint Apprenticeship and Training Committee

6    ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health

7    Plan ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal

8    Workers' 401(a) Plan ("401(a) Plan"); Sheet Metal Workers' International

9    Association, Local Union No. 105 Union Dues Check-Off and Deferred Savings

10   Fund ("Dues and Savings Fund"); Board of Trustees of the Southern California

11   Labor Management Cooperation Trust ("LMCT"); and Board of Trustees of the Sheet

12   Metal Industry Fund of Los Angeles ("Industry Fund") (collectively the "Plans" or

13   "Trust Funds"), and defendants, JERRY MCCLANAHAN and CINDY

14   MCCLANAHAN (collectively, "Individual Defendants"); and MCCLANAHAN, INC.

15   DBA HARTMANAIRE ("Company") (collectively "Defendants"), the Court has

16   considered the matter fully and concluded that good cause exists to approve the

17   parties' Stipulation in its entirety.

18       Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as

19   follows:

20       1.    That the Company and Individual Defendants,  JERRY MCCLANAHAN

21   and CINDY MCCLANAHAN, are indebted to the Plans in the total amount of

22   $47,826.36 as follows: contributions (including the "Savings Deferral" which are

23   wages deducted from employee paychecks) in the amount of $17,705.37 for the

24   delinquent work month of August 2012; $15,080.66 in liquidated damages for late

25   payment or nonpayment of contributions for the work months of July 2009,

26   September 2009 through December 2009, January 2010 through July 2010, October

27   2010 through December 2010, January 2011 through May 2011, July 2011, May

28   2012, July 2012 and August 2012; $7,540.33 in interest for late payment or

1  nonpayment of contributions for the work months of July 2009, September 2009

2  through December 2009, January 2010 through July 2010, October 2010 through

3  December 2010, January 2011 through May 2011, July 2011, May 2012, July 2012

4  and August 2012; and attorney's fees in the amount of $7,500.

5       2.     Judgment is entered in favor of the Plans and against the Company and

6  Individual Defendant, jointly and severally, in the amount of $47,826.36 for

7  delinquent employee benefit plan contributions and accrued liquidated damages,

8  interest, attorney fees and costs, together with post-judgment interest thereon at the

9  rate of 12% per annum as of the date of the Judgment.

10       3.     This Court retains jurisdiction over this matter through July 1, 2013 to

11  enforce the terms of any judgment entered hereunder, to order appropriate injunctive

12  and equitable relief, to make appropriate orders of contempt, and to increase the

13  amount of judgment based upon additional sums owed to the Plans by Defendants.

14

15  **IT IS SO ORDERED**.

16

17  Dated: _____   01/07/13

                                  PHILIP S. GUTIERREZ

                                  _____

18                                    Hon. Philip S. Guiterrez

19

20

21

22

23

24

25

26

27

28